256 So.2d 291

**Mrs. Renee LEVY, Wife of and Marvin RAINES**

v.

**TRAVELERS INSURANCE COMPANY.**

No. 52032.

Jan. 17, 1972.

In re: Mrs. Renee Levy, Wife of and Marvin Raines, applying for writ of certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 254 So.2d 659.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

256 So.2d 292

**Thomas Huey FERGUSON**

v.

**H D E, INC. and Vancouver Plywood Company.**

No. 52044.

Jan. 17, 1972.

In re: Thomas Huey Ferguson, applying for writ of certiorari, or writ of review, to

the Court of Appeal, Third Circuit, Parish of Sabine. 254 So.2d 691.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.